UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DIANE HAGAN, :
Plaintiff, :
v. : C.A. No. 05-232 S
WYETH, INC., ET AL., :
Defendants. :

RECEIVED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION**

Plaintiff Diane Hagan and Defendants Pharmacia & Upjohn Company LLC and Pfizer, Inc. hereby stipulate and agree, pursuant to Local Rule 22(a), that the time for Pharmacia & Upjohn Company LLC and Pfizer, Inc. to answer or otherwise respond to Plaintiff's Complaint and Jury Demand is hereby extended until August 10, 2005.

DIANE HAGAN
By her Attorney,

CAROL HAGAN McENTEE (#3479)
915 Tollgate Road
Warwick, RI 02886
Tel: (401) 823-3313
Fax: (401) 826-0950
Dated: July 8, 2005

PHARMACIA & UPJOHN COMPANY LLC
and PFIZER, INC.
By their Attorneys,

JOHN A. TARANTINO (#2586)
DAVID A. WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: July 11, 2005

*338301_1.doc*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2005 I served a true copy of the within by regular mail, postage prepaid, upon the following counsel of record:

Carol Hagan McEntee, Esq.
915 Toll Gate Road
Warwick, RI 02886

Carole Vilardo

*338469_1.doc*