**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
JUL 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DIANE HAGAN | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | 1:05CV00232(WES) |
| VS. | : | |
| | : | |
| WYETH, INC., WYETH PHARMACEUTICALS, INC., PHARMACIA & UPJOHN COMPANY and PFIZER, INC. | : | |
| | : | |
| Defendants. | : | JULY 8, 2005 |

**JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS, WYETH, INC. AND WYETH PHARMACEUTICALS, INC. TO RESPOND TO THE COMPLAINT**

It is hereby stipulated and agreed by and between plaintiffs, and defendants, Wyeth, Inc. and Wyeth Pharmaceuticals, Inc. ("Wyeth") that the time in which Wyeth is required to file a responsive pleading to Plaintiff's' Complaint in this action is extended for an additional thirty (30) days, until August 10, 2005. Counsel for Wyeth makes this request in order to have sufficient time to investigate the allegations of the Complaint and to prepare an appropriate response.

PLAINTIFF,
DIANE HAGAN

By [signature]
Carol Hagan McEntee (#3479)
McEntee & McEntee
915 Tollgate Road
Warwick, RI 02886
Tel. (401) 823-3313
Fax (401) 826-0950
Her Attorneys

DEFENDANTS, WYETH, INC. and WYETH PHARMACEUTICALS, INC.

By [signature]
Joseph K. Scully (#6217)
*jkscully@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Their Attorneys