**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Civil Division**

| | | |
|---|---|---|
| **DIANE HAGAN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil No: CA 05-232**<br>**Judge William E. Smith** |
| **WYETH, INC., et al.** | : | |
| **Defendants.** | : | |

**AFFIDAVIT / CERTIFICATE OF PROOF OF SERVICE ON DEFENDANTS**

The Complaint in the above-captioned matter was filed with the Clerk of the United States District Court, District of Rhode Island on or about May 26, 2005.

1. I, Helen J. Benoliel, hereby certify that on June 17, 2005, I mailed, via U.S. Certified Mail, Return Receipt Requested, a copy of the Civil Cover Sheet and Plaintiffs' Complaint and Demand for Jury Trial to the following Defendants' Resident Agents:

   (a) Defendant, Wyeth, Inc., is a Delaware corporation with an Agent for service of process listed as Prentice Hall Corp. Systems, 830 Bear Tavern Road, Trenton, NJ 08628.

   (b) Defendant, Wyeth Pharmaceuticals Inc. is a Delaware corporation with an Agent for service of process listed as Corporation Service Company, 2704 Commerce Drive, Harrisburg, PA 17110.

   (c) Defendant, Pharmacia & Upjohn Company is a Delaware corporation with an Agent for service of process listed as Corporation Trust Company, 820 Bear Tavern Road, Trenton, NJ 08628.

   (d) Defendant, Pfizer, Inc., is a Delaware corporation with an Agent for service of process listed as CT Corporation System, 111 Eighth Avenue, New York, NY 10011.

2. The attached United States Postal Service "Domestic Return Receipt" cards are attached as proof of service of the Civil Cover Sheet and Complaint and Demand for Jury Trial, as follows:

Exhibit A: Defendant, Wyeth, Inc. - Dated: June 21, 2005

Exhibit B: Defendant, Wyeth Pharmaceuticals Inc. - Dated: June 20, 2005

Exhibit C: Defendant, Pharmacia & Upjohn Company - Dated: June 20, 2005

Exhibit D: Defendant, Pfizer, Inc. - Dated: June 21, 2005

3. I further certify that I am over 18 years of age and not a party to this action.

I solemnly affirm under the penalties of perjury that the contents of this affidavit are true to the best of my knowledge, information, and belief.

Dated: July 26, 2005

Helen J. Benoliel

Helen J. Benoliel
Paralegal to Robert K. Jenner
Janet, Jenner & Suggs, LLC
1829 Reisterstown Road, Suite 320
Baltimore, Maryland 21208
Tel: (410) 653-3200
Fax: (410) 653-6903

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Civil Division**

---

**DIANE HAGAN** :

**Plaintiff,** :

**v.** : **Civil No: CA 05-232**
**Judge William E. Smith**

**WYETH, INC., et al.** :

**Defendants.** :

---

**EXHIBIT A**
**AFFIDAVIT / CERTIFICATE OF**
**PROOF OF SERVICE ON DEFENDANTS**

Wyeth, Inc.
Dated: June 21, 2005

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Wyeth, Inc.
c/o Prentice Hall Corp. Sys.
830 Bear Tavern Rd
Trenton, NJ 08628
(Hagan)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [illegible] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery 6-21-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7004 2510 0000 4501 4339

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Civil Division**

| | | |
|---|---|---|
| **DIANE HAGAN** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil No: CA 05-232** <br> **Judge William E. Smith** |
| **WYETH, INC., et al.** | : | |
| **Defendants.** | : | |

**EXHIBIT B**
**AFFIDAVIT / CERTIFICATE OF PROOF OF SERVICE ON DEFENDANTS**

Wyeth Pharmaceuticals Inc.
Dated: June 20, 2005

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Wyeth Pharmaceuticals
c/o Corporation Service Co
2704 Commerce Dr
Harrisburg, PA 17110
(Hagan)

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X W Smith ☐ Agent ☐ Addressee

B. Received by (Printed Name) W Smith

C. Date of Delivery 6/22/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7004 2510 0000 4501 4322

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Civil Division**

---

**DIANE HAGAN** :

**Plaintiff,** :

**v.** : **Civil No: CA 05-232**
**Judge William E. Smith**

**WYETH, INC., et al.** :

**Defendants.** :

---

**EXHIBIT C**
**AFFIDAVIT / CERTIFICATE OF**
**PROOF OF SERVICE ON DEFENDANTS**

Pharmacia & Upjohn Company
Dated: June 20, 2005

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pharmacia & UpJohn
c/o Corporation Trust Co.
820 Bear Tavern Rd
Trenton, N.J. 08628
(HAGAN)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) CT

C. Date of Delivery 6/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7004 2510 0000 4501 4315

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Civil Division**

**DIANE HAGAN** :

**Plaintiff,** :

**v.** : **Civil No: CA 05-232**
**Judge William E. Smith**

**WYETH, INC., et al.** :

**Defendants.** :

**EXHIBIT D**
**AFFIDAVIT / CERTIFICATE OF PROOF OF SERVICE ON DEFENDANTS**

Pfizer, Inc.
Dated: June 21, 2005

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Pfizer Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, NY. 10011
(HAGAN)

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) [illegible]
C. Date of Delivery 6-21-2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

JUN 23

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7004-2510-0000-4501-4308

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540