FILED
AUG 9 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DIANE HAGAN,

Plaintiff,

v. : C.A. No. 05-232 S

WYETH, INC., ET AL.,

Defendants.

**MOTION OF DEFENDANTS PHARMACIA & UPJOHN COMPANY LLC AND PFIZER FOR EXTENSION OF TIME**

Defendants Pharmacia & Upjohn Company LLC and Pfizer, Inc. hereby move for a thirty (30) day extension of time, up to and including September 12, 2005, for Pharmacia & Upjohn Company LLC and Pfizer, Inc. to answer or otherwise respond to Plaintiff's Complaint and Jury Demand. Pursuant to Local Rule 12(a)(1), a memorandum in support of this motion is not required. For the reasons set forth below, Defendants request that their motion be granted.

This case is a "tag-along action" to the multi-district litigation pending in the United States District Court for the Eastern District of Arkansas, In re Prempro Products Liability Litigation, MDL-1507 ("Multi-District Litigation"). On July 21, 2005, the Judicial Panel on Multi-District Litigation filed a conditional transfer order involving, among others, the instant case. See Correspondence and Conditional Transfer Order dated July 21, 2005 ("Transfer Order") attached hereto as Exhibit A. Therein, the Panel transferred the instant action to the Multi-District Litigation and stayed the Transfer Order for fifteen days to allow any party to file a notice of opposition to the transfer. All such oppositions were due on or before August 5, 2005. To Defendants' knowledge, no oppositions were filed by the due date, and this case will be transferred to the Multi-District Litigation. Defendants request an additional thirty days to

answer or otherwise respond to Plaintiff's Complaint and Jury Demand in order to allow sufficient time to effectuate the transfer to the Multi-District Litigation.

Counsel for Defendants have conferred with counsel for Plaintiff regarding this motion, and counsel for Plaintiff has no objection to this motion.

PHARMACIA & UPJOHN COMPANY LLC
and PFIZER, INC.
By their Attorneys,

JOHN A. TARANTINO (#2586)
DAVID A. WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: August 9, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2005, I caused a true copy of the within document to be sent by regular mail, postage prepaid to the following counsel of record:

Carol Hagan McEntee, Esq.
915 Tollgate Road

*341085_1.doc*