JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 21 2005

FILED
CLERK'S OFFICE

***DOCKET NO. 1507***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE PREMPRO PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-50)***

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,953 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG - 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-50 - TAG-ALONG ACTIONS
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ALABAMA MIDDLE | |
| ~~ALM 2 05-624~~ | ~~Barbara D. Graham v. Wyeth, et al.~~ Opposed 8/5/05 |
| ARKANSAS WESTERN | |
| ARW 1 05-1055 | Bobbie Mitchell v. Wyeth |
| CALIFORNIA CENTRAL | |
| CAC 2 05-4476 | Shirley Blair v. Wyeth |
| CAC 2 05-4477 | Kathleen Perkinson v. Wyeth, et al. |
| CAC 2 05-4478 | Patricia Stone v. Wyeth, et al. |
| CAC 2 05-4479 | Norma Unruh v. Wyeth |
| CAC 2 05-4480 | Gail Gilliam v. Wyeth, et al. |
| CAC 2 05-4481 | Joyce Wood v. Wyeth, et al. |
| CAC 2 05-4482 | Phyllis Mittelstadt v. Wyeth, et al. |
| CAC 2 05-4483 | Mary Bowden v. Wyeth |
| CAC 2 05-4484 | Margaret Foltz v. Wyeth, et al. |
| CAC 2 05-4485 | Katherine Maiello v. Wyeth, et al. |
| CAC 2 05-4486 | Francine Wixen v. Wyeth, et al. |
| CAC 2 05-4658 | Brenda Nicholson v. Wyeth, et al. |
| CAC 2 05-4659 | Margaret Harris v. Wyeth |
| CAC 2 05-4660 | Flora Spencer v. Wyeth |
| CAC 2 05-4661 | Doris Jerome v. Wyeth, et al. |
| CAC 2 05-4662 | Monica Lee v. Wyeth, et al. |
| CAC 2 05-4663 | Elizabeth Roszak v. Wyeth |
| CAC 2 05-4664 | Nancy Hunter v. Wyeth, et al. |
| CAC 2 05-4665 | April Patterson v. Wyeth, et al. |
| FLORIDA MIDDLE | |
| FLM 8 05-834 | Linda Weekley, et al. v. Wyeth, et al. |
| MINNESOTA | |
| MN 0 05-1304 | Louise C. Glash, et al. v. Wyeth, et al. |
| MN 0 05-1305 | Stella Downey v. Wyeth, et al. |
| MISSOURI EASTERN | |
| MOE 4 05-924 | Joan Crawford v. Wyeth, Inc., et al. |
| MISSOURI WESTERN | |
| MOW 2 05-4189 | Melanie Stohler Johnston, et al. v. Wyeth, et al. |
| MISSISSIPPI SOUTHERN | |
| MSS 3 05-381 | Minnie Savannah v. Wyeth, Inc., et al. |
| NEW YORK SOUTHERN | |
| NYS 1 05-5759 | Patricia Phillip v. Wyeth, et al. |
| NYS 1 05-5920 | Carolyn Gatzuras v. Pfizer Inc., et al. |
| NEW YORK WESTERN | |
| NYW 1 05-452 | Mary Bloom v. Wyeth, et al. |
| RHODE ISLAND | |
| RI 1 05-232 | Diane Hagan v. Wyeth, Inc., et al. |
| TEXAS SOUTHERN | |
| TXS 7 05-217 | Santos Garza v. Wyeth, Inc., et al. |

# INVOLVED COUNSEL LIST (CTO-50)
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Roberta E. Ashkin
Law Offices of Roberta Ashkin
400 East 70th Street
Suite 2205
New York, NY 10021

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160

Brian S. Campf
Williams, Love, O'Leary, Craine & Powers, PC
9755 SW Barnes Road
Suite 450
Portland, OR 97225-6681

William B. Curtis
Law Offices of Miller & Curtis
10000 North Central Expressway
Suite 1450
Dallas, TX 75231

Penelope A. Dixon
Carlton Fields, P.A.
Corporate Center Three at Int'l Plaza
4221 West Boy Scout Boulevard
P.O. Box 3239
Tampa, FL 33607-5736

R. Deryl Edwards, Jr.
Law Offices of R. Deryl Edwards, Jr.
606 South Pearl Avenue
Joplin, MO 64801

Diane Fenner
Fenner & Boles, LLC
1515 Market Street
Suite 1510
Philadelphia, PA 19102

Kenneth B. Fromson
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburg, NY 12550-3341

Thomas V. Girardi
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

James E. Girards
Girards Law Firm
10000 North Central Expressway
Suite 750
Dallas, TX 75231

Larry W. Glenn
Walther Glenn Law Associates
1034 S. Brentwood Blvd.
Suite 1300
St. Louis, MO 63117-1322

Diane Hagan
915 Tollgate Road
Warwick, RI 02886

Robert J. Healy, Jr.
Joyce & Reyes Law Firm, PA
307 S. Hyde Park Avenue
Tampa, FL 33606-2233

F. Lane Heard, III
Williams & Connolly, LLP
Edward Bennett Williams Building
725 12th Street, N.W.
Washington, DC 20005-5901

Christopher M. Hohn
Thompson & Coburn
One US Bank Plaza
St. Louis, MO 63101

Carrie L. Hund
Bassford Remele, PA
33 South 6th Street
Suite 3800
Minneapolis, MN 55402-3701

William J. Judge, Jr.
Bavol Judge, P.A.
400 North Ashley Drive
Suite 2500
P.O. Box 1400
Tampa, FL 33602

Harvey L. Kaplan
Shook, Hardy & Bacon
1200 Main Street
One Kansas City Place
Kansas City, MO 64105

Patrick Lysaught
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

Russell Marlin
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

James David Martin
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
44 South Perry Street
Montgomery, AL 36101-0347

Ted G. Meadows
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
234 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Howard B. Miller
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904

James A. Morris, Jr.
Provost & Umphrey Law Firm, LLP
P.O. Box 4905
490 Park Street
Beaumont, TX 77704-4905

Larry O. Norris
101 Ferguson Street
P.O. Box 8
Hattiesburg, MS 39403-0008

Myron C. Penn
Penn & Seaborn
P.O. Box 688
Clayton, AL 36016

James J. Pizzirusso
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525

Alan E. Rothman
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

Gina M. Saelinger
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202

Ryan G. Vacca
Stinson & Morrison
100 South Fourth Street
Suite 700
St. Louis, MO 63102

Charles S. Zimmerman
Zimmerman Reed
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

# INVOLVED JUDGES LIST (CTO-50)
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

~~Hon. W. Harold Albritton, III~~
~~Senior U.S. District Judge~~
~~P.O. Box 629~~
~~Montgomery, AL 36101-0629~~

Hon. Percy Anderson
U.S. District Judge
163 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. William H. Barbour, Jr.
U.S. District Judge
430 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Harry F. Barnes
U.S. District Judge
P.O. Box 1735
El Dorado, AR 71731

Hon. William Matthew Byrne, Jr.
Senior U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Audrey B. Collins
U.S. District Judge
680 Edward Roybal Federal Building
& Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. Florence-Marie Cooper
U.S. District Judge
760 Edward R. Roybal Federal
Building & Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. John T. Elfvin
Senior U.S. District Judge
716 U.S. Courthouse
68 Court Street
Buffalo, NY 14202

Hon. Gary Feess
U.S. District Judge
U.S. Courthouse
312 North Spring Street
Suite 730
Los Angeles, CA 90012-4701

Hon. Ricardo H. Hinojosa
U.S. District Judge
1701 W. Bus Highway 83
Bentsen Tower
Suite 1028
McAllen, TX 78501

Hon. Robert G. Klausner
U.S. District Judge
860 Edward R. Roybal Federal Building
& Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. Elizabeth A. Kovachevich
U.S. District Judge
1730 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Shirley Wohl Kram
Senior U.S. District Judge
2101 U.S. Courthouse
40 Centre St.
New York, NY 10007-1581

Hon. Nanette K. Laughrey
U.S. District Judge
7452 Charles E. Whittaker
U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. S. James Otero
U.S. District Judge
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Dean D. Pregerson
U.S. District Judge
524 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Edward Rafeedie
Senior U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. George P. Schiavelli
U.S. District Judge
United States District Court
218 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. William E. Smith
U.S. District Judge
United States District Court
412 Federal Building & United States Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Hon. Christina A. Snyder
U.S. District Judge
U.S. Courthouse
218 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. Sidney H. Stein
U.S. District Judge
1010 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Dickran M. Tevrizian, Jr.
U.S. District Judge
Edward R. Roybal Federal Building & Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. John F. Walter
U.S. District Judge
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. E. Richard Webber
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 12th Floor
St. Louis, MO 63102-1116

Hon. Stephen V. Wilson
U.S. District Judge
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

# INVOLVED CLERKS LIST (CTO-50)
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

Christopher R. Johnson, Clerk
U.S. District Court
P.O. Box 1566
El Dorado, AR 71731-1566

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

~~Debra P. Hackett, Clerk~~
~~U.S. District Court~~
~~P.O. Box 711~~
~~Montgomery, AL 36101-0711~~

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Patricia L. Brune, Clerk
310 U.S. Courthouse
131 West High Street
Jefferson City, MO 65102

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Rodney C. Early, Clerk
304 U.S. Courthouse
68 Court Street
Buffalo, NY 14202-1368

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800