CA 05-232 S

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## OFFICE OF THE CLERK

600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS 72201-3325

JAMES W. McCORMACK
CLERK

(501)604-5351

August 22, 2005

RECEIVED
AUG 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

David A. DiMarzio
U. S. District Court Clerk
District of Rhode Island
One Exchange Terrace, Room 124
Providence, Rhode Island 02903-1270

Re: MDL No. 1507 - In re Prempro Products Liability Litigation
E.D. AR Master Case Number 4:03CV01507 WRW
Diane Hagan v. Wyeth, Inc., et al - Your Case No. 1:05-232

Dear Mr. DiMarzio:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on August 15, 2005. Enclosed is a certified copy of that order directing the transfer of your civil case to the Eastern District of Arkansas. It is assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

The original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and certified copy of the docket entries in the case listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures,* Volume 4, Chapter 7 § 7.07.) Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website. Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

Sincerely,

James W. McCormack

JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosure
cc: Hon. William R. Wilson, Jr.

A CERTIFIED TRUE COPY
AUG - 8 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUL 21 2005
FILED
CLERK'S OFFICE

*DOCKET NO. 1507*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 15 2005
JAMES W. McCORMACK, CLERK
By: DEP CLERK

*IN RE PREMPRO PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-50)*

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,953 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
AUG - 8 2005
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By D.C.